**634**

Lewis Harman, appellee, v. Charles H. Schweppe et al., appellants.
Gen. No. 32,248.

Opinion filed May 14, 1928. Rehearing denied May 29, 1928. Gardner, Foote, Burns & Morrow, for appellants; Walter M. Fowler, of counsel. Good, Childs, Bobb & Wescott, for appellee; Walter E. Beebe and Robert W. Childs, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Joseph Frohlich for use of Hortense P. Straus, appellee, v. J. M. Camelon and A. Robertson, appellants. Gen. No. 32,339.

Opinion filed May 14, 1928. Rehearing denied and opinion modified May 29, 1928.

J. M. Camelon, *pro se*, and Ernest Severy, for appellants. Samuels, Lawton & Wittelle, for appellee; Herbert H. Scheier, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Sterling-Midland Coal Company, appellee, v. Great Lakes Coal & Coke Company, appellant. Gen. No. 32,385.

Opinion filed May 14, 1928.

Winston, Strawn & Shaw, for appellant; J. Sidney Condit and M. Ogden West, of counsel. John J. Sherlock and Haight, Adcock, Haight & Harris, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Sol Rubin, appellant, v. Samuel Midlinsky et al., appellees. Gen. No. 32,433.

Opinion filed May 14, 1928.

Granville W. Browning and Clark & Clark, for appellant. Epstein & Feiwell, for appellees.

Mr. Presiding Justice Matchett delivered the opinion of the court.